AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

**CATHERINE BETH WASHBURN**
_____
*Defendant*

Case No. 26-MJ-569

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CATHERINE BETH WASHBURN**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Between on or about February 15, 2025, and the date of this complaint, in the County of Monroe, in the Western District of New York, and elsewhere, the defendant, **CATHERINE BETH WASHBURN**, a national of the United States, did knowingly attempt to provide material support and resources, namely, currency, to a designated foreign terrorist organization, namely, Palestine Islamic Jihad a/k/a Al Quds Brigades (PIJ), knowing that PIJ was a designated foreign terrorist organization, and that PIJ had engaged in and was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

Date:  June 29, 2026

_____
*Issuing officer's signature*

City and State:  Rochester, New York

HONORABLE MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

### Return

This warrant was received on *(date)* June 29, 2026, and the person was arrested on *(date)* June 30, 2026, at *(city and state)* Irondequoit, New York.

Date: 07/02/2026

_____
*Arresting officer's signature*

Special Agent Scott Hobbs
*Printed name and title*