**Adam J. Willman, ESQ.**
45 Exchange Blvd., Suite 400
Rochester, New York 14614
adam@adamwillmanlaw.com
Phone: 585.472.3314

September 14, 2026

Hon. Mark W. Pedersen
United States Magistrate Judge
Western District of New York
100 State Street
Rochester, NY 14614

In Re: USA vs. Catherine Washburn
6:26-mj-00569-MJP

Dear Judge Pedersen,

On behalf of my client, Ms. Washington, we are respectfully requesting an adjournment of her status conference for a period of thirty days. I have spoken with AUSA Nicholas Testani and I do not believe she has any objection to this request. I would ask that time be excluded in the interest of justice.

I thank the Court in advance for consideration of this matter. Should any questions or concerns arise, please feel free to contact me.

Very Truly Yours,

/s/ *Adam J. Willman*

Adam J. Willman, Esq.